IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE EDWARD MARTIN
ADC #106491                                                      PETITIONER

v.                          No. 5:19-cv-202-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 4, and overrules Martin's objections, № 6. FED. R. CIV. P. 72(b)(3). Regardless of the label he gives it, Martin's petition is, in essence, a *habeas* petition. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). And "failing to subject it to the same requirements would be 'inconsistent with' the statute." *Gonzalez v. Crosby*, 545 U.S. 524, 530–32 (2005) (quoting 28 U.S.C. § 2254 and Rule 12 of the Rules Governing Section 2254 Cases in the United States District Courts). He therefore needs permission from the Court of Appeals to proceed. 28 U.S.C. § 2244(b). His motion to amend, № 5, is denied; and his petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019