## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LAWRENCE EDWARD MARTIN**
**ADC #106491**                                             **PETITIONER**

v.                              **No. 5:19-cv-202-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**            **RESPONDENT**

## JUDGMENT

Martin's petition is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

10 July 2019

-2-