IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE EDWARD MARTIN
ADC #106491                                                                PETITIONER

v.                          No. 5:19-cv-202-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                       RESPONDENT

## ORDER

Motion for leave to appeal *in forma pauperis*, № 9, denied. The Court declined to issue a certificate of appealability. № 7.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 August 2019